PEARL ASSURANCE COMPANY, LTD., Appellant, *v.* PHILIP EPSTEIN et al., Respondents.

Argued November 27, 1945; decided January 17, 1946.

*Stanley Garten* for appellant.

*Albert Martin Cohen* for Philip Epstein, respondent.

*Harry K. Nadell* for Bessie Epstein, as administratrix of the estate of Julius Epstein, deceased, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.